**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:12cr138-MHT** |
| ) | **(WO)** |
| **TERRY EARL HESTER** ) | |

## OPINION AND ORDER

Upon consideration of defendant Terry Earl Hester's petition for early termination of supervised release (doc. no. 69), it is ORDERED that the motion is denied, with leave to renew in one year.

***

Defendant Terry Earl Hester has been compliant with supervision thus far. However, in light of his September 2017 guilty plea in state court, in which he received a ten-year suspended sentence and five years of probation and was ordered to pay $ 1,530,000 in restitution at a rate of $ 300 per month, this court believes an additional period of supervision is necessary to ensure that he does not "fall off the wagon" and revert to criminal behavior now that he has

substantial additional penalties and debts with which to contend.  *See* 18 U.S.C. § 3553 (a)(2)(C) (court must consider need for sentence to protect the public from further crimes of the defendant).

DONE, this the 29th day of January, 2018.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**